**JASON G. REVZIN**
Jason.Revzin@lewisbrisbois.com
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TAWNYA NILSEN,<br><br>              Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, SANTANDER CONSUMER USA, INC., TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>              Defendants. | Case No. 2:18-cv-00272-GMN-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Tawnya Nilsen ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On February 13, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is March 7, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including April 6, 2018. This is the first

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including April 6, 2018.

DATED: March 7, 2018　　　　　　　　　DATED: March 7, 2018

| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **COGBURN LAW OFFICES** |
|---|---|
| /s/ Jason G. Revzin | /s/ Erik Anthony W. Fox |
| Jason G. Revzin | Jamie S. Cogburn |
| Jason.revzin@lewisbrisbois.com | jsc@cogburnlaw.com |
| Nevada Bar No. 008629 | 2879 St. Rose Parkway, Suite 200 |
| 6385 South Rainbow Blvd., Suite 600 | Henderson, NV 89052 |
| Las Vegas, NV 89118 | (702) 384-3616 |
| (702) 893-3383 | (702) 943-1936 Fax |
| (702) 893-3789 Fax | ***Counsel for Trans Union LLC*** and |
| | **MARQUIS & AURBACH** |
| | Erik Anthony W. Fox |
| | efox@cogburnlaw.com |
| | 10001 Park Run Dr. |
| | Las Vegas, NV 89145 |
| | (702) 382-0711 |
| | (702) 382-5816 Fax |
| | **Counsel for Plaintiff** |

**ORDER**

IT IS SO ORDERED:

Dated  March 8, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**

4843-7638-2559.1

2