UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAWNYA NILSEN,<br><br>               Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>               Defendant. | Case No. 2:18-cv-00272-GMN-NJK<br><br>ORDER<br><br>(Docket No. 20) |

      Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 20. The proposed discovery plan does not include the required statement that the parties have considered consent to trial by a magistrate judge, pursuant to Local Rule 26-1(b)(8). Accordingly, the Court **DENIES** without prejudice the proposed discovery plan. Docket No. 20. A renewed proposed discovery plan and scheduling order shall be filed no later than April 30, 2018.

      IT IS SO ORDERED.

      Dated: April 27, 2018

                                                    _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge