J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
E-mail: cjorgensen@lrrc.com

*Attorneys for Defendant*
*SANTANDER CONSUMER USA INC.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TAWNYA NILSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, SANTANDER CONSUMER USA, INC., a Foreign Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>    Defendants. | Case No.: 2:18-cv-00272-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS SANTANDER CONSUMER USA, INC.** |

Upon agreement between Plaintiff Tawnya Nilsen ("Plaintiff") and Defendant Santander Consumer USA, Inc. ("Defendant"):

IT IS HEREBY STIPULATED that the Defendant, Santander Consumer USA, Inc., shall be dismissed from this action, with prejudice.

///

///

///

///

///

///

///

///

105090387_1

IT IS FURTHER STIPULATED that each party shall bear its own attorney's fees and costs.

| | |
|---|---|
| DATED this 5th day of June, 2018. | DATED this 5th day of June, 2018. |
| COGBURN LAW OFFICES | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: */s/ Erik W. Fox* <br> Jamie S. Cogburn (#8409) <br> Erik W. Fox (#8804) <br> 2580 St. Rose Pkwy., #330 <br> Henderson, NV 89074 <br> *Attorneys for Plaintiff Tawnya Nilsen* | By: */s/ J Christopher Jorgensen* <br> J Christopher Jorgensen (#5382) <br> 3993 Howard Hughes Pkwy., #600 <br> Las Vegas, NV 89169 <br> *Attorneys for Defendant* <br> SANTANDER CONSUMER USA, INC. |

**IT IS SO ORDERED:**

Dated this  20  day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT