Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
kneben@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAWNYA NILSEN, | Case No. 2:18-cv-00272-GMN-NJK |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, SANTANDER CONSUMER USA, INC., a Foreign Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, | Complaint filed: February 22, 2018 |
| Defendants. | |

Plaintiff Tawnya Nilsen ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through her and its undersigned counsel, hereby stipulate and agree that all

Plaintiff's claims asserted against Experian in the above-captioned action shall be and hereby are DISMISSED WITH PREJUDICE, with each party to bear his or its own costs and attorneys' fees.

| | |
|---|---|
| /s/ *Erik-Anthony W. Fox*<br>Jamie S. Cogburn<br>Erik-Anthony W. Fox<br>Cogburn Law Offices<br>2879 St. Rose Parkway, Suite 200<br>Henderson, NV 89052<br>Email: jsc@cogburnlaw.com<br>Email: efox@cogburnlaw.com<br><br>*Attorneys for Plaintiff* | /s/ *Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Andrew J. Sharples<br>Nevada Bar No. 12866<br>Naylor & Braster<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>*Attorneys for Experian Information Solutions, Inc.* |
| /s/ *Bradley T. Austin*<br>Bradley T. Austin<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Attorney for Equifax Information Services, LLC* | /s/ *Jason Revzin*<br>Jason Revzin<br>Lewis Brisbois Bisgaard & Smith, LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: Jason.revzin@lewisbrisbois.com<br><br>*Attorney for TransUnion, LLC* |

**IT IS SO ORDERED.**

DATED this __21__ day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT