**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TAWNYA NILSEN,<br><br>              Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, SANTANDER CONSUMER USA, INC., TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>              Defendants. | Case No. 2:18-cv-00272-GMN-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

TO THE HONORABLE JUDGE GLORIA M. NAVARRO:

      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Tawnya Nilsen and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

      There are no longer any issues in this matter between Tawnya Nilsen and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were, or could have been, the subject matter of this lawsuit

/ / /

/ / /

/ / /

/ / /

are hereby dismissed with prejudice, with court costs and attorneys' fees and costs to be paid by the party incurring same.

| COGBURN LAW OFFICES<br><br>    /s/ *Erik-Anthony W. Fox*___<br>Jamie S. Cogburn<br>Erik-Anthony W. Fox<br>2879 St. Rose Parkway, Suite 200<br>Henderson, NV 89052<br>Email: jsc@cogburnlaw.com<br>Email: efox@cogburnlaw.com<br>*Attorneys for Plaintiff* | NAYLOR & BRASTER<br><br>    /s/ *Jennifer L. Braster*_____<br>Jennifer L. Braster<br>Andrew J. Sharples<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br>*Attorneys for Experian Information Solutions, Inc.* |
|---|---|
| SNELL & WILMER, LLP<br><br>    /s/ *Bradley T. Austin*___<br>Bradley T. Austin<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br>*Attorney for Equifax Information Services, LLC* | LEWIS BRISBOIS BISGAARD & SMITH, LLP<br><br>    /s/ *Jason G. Revzin*_____<br>Jason G. Revzin<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: Jason.revzin@lewisbrisbois.com<br>*Attorney for TransUnion, LLC* |

**IT IS SO ORDERED.**

DATED this __21__ day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of August, 2018, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Erik-Anthony W. Fox
efox@cogburnlaw.com
Jamie S. Cogburn
jsc@cogburnlaw.com
Cogburn Law Offices
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
(702) 748-7777
(702) 966-3880 Fax
*Counsel for Plaintiff*

Bradley T. Austin
baustin@swlaw.com
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
(702) 784-5200
(702) 784-5252 Fax
*Counsel for Equifax Information Services, LLC*

Andrew J. Sharples
asharples@naylorandbrasterlaw.com
Jennifer L. Braster
jbraster@naylorandbrasterlaw.com
Naylor & Braster Attorneys at Law, PLLC
1050 Indigo Dr., Suite 200
Las Vegas, NV 89145
(702) 420-7000
(702) 420-7001 Fax
and
Katherine A. Neben
kneben@jonesday.com
Jones Day
3161 Michelson Dr
Irvine, CA 92612
(949) 851-3939
(949) 553-7539 Fax
*Counsel for Experian Information Solutions, Inc.*

/s/ Carrie S. Dunham
**An Employee of**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**