COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TAWNYA NILSEN,

                              Plaintiff,

      vs.

EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, SANTANDER CONSUMER USA, INC., a Foreign Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,

                             Defendants.

Case No.:
2:18-cv-00272-GMN-NJK

**STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE**

IT IS HERBY STIPULATED by and between Plaintiff, Tawnya Nilsen ("Plaintiff") and Defendant, Equifax Information Services, LLC ("Equifax"), by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiff's claims asserted against Equifax Information Services, LLC in the above-captioned shall be and hereby are dismissed with prejudice.

…

…

COGBURN LAW OFFICES
2580 St. Rose Parkway, Suite 330, Henderson, Nevada 89074
Telephone: (702) 748-7777 | Facsimile: (702) 966-3880

**COGBURN LAW OFFICES**
2580 St. Rose Parkway, Suite 330, Henderson, Nevada 89074
Telephone: (702) 748-7777 | Facsimile: (702) 966-3880

1      IT IS FURTHER STIPULATED that each party shall bear its own attorney fees and costs.

2   Dated this 15th day of October, 2018.          Dated this 15th day of October, 2018.

3   COGBURN LAW OFFICES             SNELL & WILMER, LLP

4

5   By:   */s/ Erik W. Fox*              By:   */s/ Bradley T. Austin*
      Jamie S. Cogburn, Esq.               Bradley T. Austin, Esq.

6       Nevada Bar No. 8409                Nevada Bar No. 13064
      Erik W. Fox, Esq.                  3883 Howard Hughes Parkway, Ste. 1100

7       Nevada Bar No. 8804                Las Vegas, Nevada 89169
      2580 St. Rose Parkway, Suite 330       *Attorney for Equifax Information*

8       Henderson, Nevada 89074             *Services, LLC*
      *Attorneys for Plaintiff*

9

10       **IT IS SO ORDERED:**
      **DATED** this 16 day of October, 2018.

11

12

13       Gloria M. Navarro, Chief Judge
      United States District Court

14

15   Respectfully submitted by:

16   Dated this 15th day of October, 2018.

17   COGBURN LAW OFFICES

18   By:   */s/ Erik W. Fox*
      Jamie S. Cogburn, Esq.

19       Nevada Bar No. 8409
      Erik W. Fox, Esq.

20       Nevada Bar No. 8804
      2580 St. Rose Parkway, Suite 330

21       Henderson, Nevada 89074

22

23

24

25